# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GUMMARUS, LLC,<br><br>                              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br>                            Defendants. | **Civil Action No. 4:19-cv-00251**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL MANDATORY DISCLOSURES**

Pursuant to the Proposed Case Schedule (Dkt. # 49-1), Plaintiff Gummarus, LLC ("Plaintiff" or "Gummarus") hereby files this Notice confirming that counsel of record for Defendants was served with Plaintiff's Initial Mandatory Disclosures *via* electronic mail on January 10, 2020 in the above referenced action.

DATED: January 10, 2020

                                              */s/ Derek Dahlgren*
                                              Timothy Devlin (DE Bar No. 4241)
                                              Derek Dahlgren (admitted *pro hac vice*)
                                              Cory Edwards (admitted *pro hac vice*)
                                              **Devlin Law Firm LLC**
                                              1526 Gilpin Avenue
                                              Wilmington DE 19806
                                              Telephone: (302) 449-9010
                                              E-mail: tdevlin@devlinlawfirm.com
                                                          ddahlgren@devlinlawfirm.com
                                                          cedwards@devlinlawfirm.com

                                              *Attorneys for Plaintiff*
                                              *Gummarus, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system on January 10, 2020.

*/s/ Derek Dahlgren*
Derek Dahlgren